a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACK BENJAMIN HESSIANI #69562-112,<br>Petitioner | CIVIL DOCKET NO. 1:24-CV-01525<br>SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WARDEN,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 7) filed by pro se Petitioner Jack Benjamin Hessiani ("Hessiani"). Hessiani is incarcerated at the Federal Correctional Institution in Pollock, Louisiana. He challenges the validity of a disciplinary charge.

To determine whether Hessiani is entitled to relief, he must Amend the Petition.

I. Background

Hessiani alleges that he received an incident report for refusing to comply with an order to return to general population. ECF No. 1-2 at 1. He seeks expungement of a disciplinary charge.

II. Law and Analysis

A petitioner may seek habeas relief under § 2241 if he or she is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. §

1

2241(c)(3). A prisoner's challenge to a disciplinary action may fall within the scope of § 2241. But before a prisoner may obtain habeas relief, he must first show that his disciplinary action resulted in a punishment that intruded upon a liberty interest. *Orellana v. Kyle*, 65 F.3d 29, 31–32 (5th Cir. 1995); *Perez v. Hijar*, 22-CV-324, 2022 WL 4391516, at *3 (W.D. Tex. 2022), *aff'd*, 22-50904, 2023 WL 4559366 (5th Cir. 2023).

Hessiani does not state whether he was called before the Unit Disciplinary Committee or Disciplinary Hearing Officer, and what, if any, sanctions were imposed. He must amend the Petition to provide this additional information.

### III. Conclusion

Because Hessiani must provide additional information to support his claim, IT IS ORDERED that Hessiani AMEND his Petition within 30 days of the date of this Order.

SIGNED on Thursday, February 6, 2025.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE