UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACK BENJAMIN HESSIANI #69562-112 | CIVIL ACTION NO. 24-cv-1525 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WARDEN | MAGISTRATE JUDGE PEREZ-MONTES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 10], and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Jack Hessiani's Petitions [Doc. Nos. 1,7,9] are **DENIED** and **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 4th day of June, 2025.

_____
Terry A. Doughty
United States District Judge